**FILED**
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8184

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| James Crystal GARCIA, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about February 27, 2008, within the Southern District of California, defendant James Crystal GARCIA, did knowingly and intentionally import approximately 60.94 kilograms (134.07 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Hugo A. Leon, Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, FEBRUARY 28, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
James Crystal GARCIA

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U.S. Immigration and Customs Enforcement Special Agent Hugo A. Leon.

On February 27, 2008, at approximately 1816 hours, James Crystal GARCIA and was accompanied by a seventeen year old minor, entered the United States from Mexico at the Calexico, California, West Port of Entry. GARCIA was the driver of a white 2000 Daewoo Leganza not bearing license plates.

CBP Officer Gonzales received negative Customs declarations from GARCIA and the minor. CBP Officer Gonzales noticed GARCIA was nervous, avoided eye contact, and allowed the minor to answer most of the questions during the primary inspection. CBP Officer Gonzales referred the GARCIA, the minor and the vehicle to the secondary inspection area for further examination.

In the Vehicle Secondary Lot, Canine Enforcement Officer C. Randolph utilized his Human-Narcotic Detector Dog (HNDD). HNDD alerted to the floor area of the vehicle. CBP Officer M. Aguilar conducted a more thorough examination of the vehicle and discovered several duct tape wrapped packages concealed in a non-factory compartment in the floor of the Leganza and more in the rear seat. CBP Officer Aguilar probed one of the packages producing a green, leafy, organic substance that field-tested positive for the indication of marijuana. A total of twenty six packages were removed from the vehicle. The total weight of the packages was approximately 60.94 kilograms (134.07 pounds).

GARCIA was advised of his rights per Miranda. GARCIA stated to Special Agent Leon that he understood his rights and was willing to make a statement without an attorney present. GARCIA admitted to knowledge that he was smuggling marijuana and admitted to being paid an unknown amount if successful in smuggling the marijuana into Calexico, California.

The minor is being prosecuted in State Juvenile Court.