PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U. S. A. vs. GARCIA, JAMES CRYSTAL        Docket No. 08MJ8184-001

### Petition for Action on Conditions of Pretrial Release

Comes now Yolanda German Pretrial Services Officer presenting an official report upon the conduct of defendant James Crystal Garcia who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at El Centro, on the 28th day of February, 2008, under the following conditions:

restrict travel to Southern District of California; not to enter Mexico; report for supervision to the Pretrial Services Agency as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; and actively seek and maintain full-time employment, schooling, or combination of both.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

<u>Condition violated</u>: not possess or use any narcotic drug or other controlled substance without a lawful medical prescription.

1. On March 3, 2008, the defendant submitted a urine sample which tested positive for amphetamine and methamphetamine. The defendant further admitted to using methamphetamine on February 29, 2008.

<u>Grounds for violation</u>: The undersigned received and reviewed written notification from the U.S. Pretrial Services laboratory which confirms the urine sample submitted by the defendant on March 3, 2008, tested positive for amphetamine and methamphetamine.

PRAYING THAT THE COURT WILL CITE THE DEFENDANT TO COURT ON MARCH 13, 2008, AT 1:30 P.M. FOR AN ORDER TO SHOW CAUSE HEARING AND ALLOW HIM TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 12th day of March, 2008 and ordered filed and made a part of the records in the above case. | Executed on: 3/12/08 |
| U. S. Magistrate Judge Peter C. Lewis | Respectfully, Yolanda German, U.S. Pretrial Services Officer |
| | Place    El Centro, California |
| | Date     3/12/08 |